Hinkie
19 Mossy Creek Trail
Murphy, NC 28906

RECEIVED
ASHEVILLE, N.C.
JAN 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

Clerk of U.S. District Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC 28801



U.S. POSTAGE
PAID
DUCKTOWN, TN
37326
JAN 04, 18
AMOUNT
$3.50
R2305M146460-04