January 4, 2018

RECEIVED
ASHEVILLE, N.C.

JAN 08 2018

Clerk, U.S. Dist. Court
W. Dist. of N.C.

Clerk U.S. District Court,

I hereby request electronic notification of docket.

My email address is:

queensongbird@gmail.com

Thank You

*Teri Lynn Hinkle*

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC. 28906