IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:18-CV-00007

| | |
|---|---|
| **Teri Lynn Hinkle,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Experian Information Solutions, LLC;** )<br>**TransUnion LLC; Equifax, Inc.** )<br>)<br>**Defendants.** )<br>)<br>)<br>) | **NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that Nora F. Sullivan, North Carolina State Bar No. 43284, of the law firm of Ellis & Winters, LLP, Post Office Box 33550, Raleigh, North Carolina 27636, hereby gives notice of her appearance as counsel for defendant, Experian Information Solutions, Inc., and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below

    This 12th day of February, 2018.

                                            s/ Nora F. Sullivan
                                            Nora F. Sullivan
                                            N.C. Bar No. 43284
                                            ELLIS & WINTERS LLP
                                            P. O. Box 33550
                                            Raleigh, NC  27636
                                            Telephone: 919.865.7000
                                            Fax: 919.865.7010
                                            Email:  nora.sullivan@elliswinters.com

                                            *Attorney for Experian Information Solutions, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Nora F. Sullivan
Nora F. Sullivan
N.C. Bar No. 43284
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC  27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email:  nora.sullivan@elliswinters.com

*Attorney for Experian Information Solutions, Inc.*