IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:18cv07

TERI LYNN HINKLE )
)
        Plaintiff(s), )
v. )
)
EXPERIAN INFORMATION )
SOLUTIONS, INC., et al. )
        Defendant(s). )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Experian Information Solutions, Inc. who is a defendant
*(Name of Party)*         *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes     ☑ No

2. Does the party have any parent corporations?
   ☑ Yes     ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Experian plc

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☑ Yes     ☐ No

   If yes, identify all such owners:
   Experian plc

NCWD-Corporate Disclosure – Sept. 2016

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
 ☐ Yes     ✔ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
 ☐ Yes     ✔ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:


s/ **Nora F. Sullivan**                    2/12/2018
Signature of Attorney                      Date

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2018, I caused the foregoing Corporate Disclosure Statement to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Nora F. Sullivan
Nora F. Sullivan
N.C. State Bar No. 43284
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
Email: nora.sullivan@elliswinters.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*