UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville DIVISION
DOCKET NO. 1:18-CV-00007

Teri Lynn Hinkle,

    Plaintiff,

vs.

Experian Information Solutions, Inc.,

    Defendant.

MOTION FOR ADMISSION
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Nora Sullivan ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of Autumn Hamit Patterson ("Applicant"), who seeks permission to represent Experian Information Solutions, Inc. ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is Texas.

2. Applicant practices under the name of or as a member of the following firm:

Firm Name: Jones Day
Mailing Address: 2727 North Harwood Street
City / State / Zip: Dallas, TX 75201
Telephone Number: 214-969-2966    Facsimile Number: 214-969-5100
Email Address (required): ahpatterson@jonesday.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:
Texas; U.S. Courts of Appeals for the Third Circuit, Fifth Circuit, and Tenth Circuit;
U.S. District Courts for the Northern District of Texas and the Eastern District of Texas.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with ~~counsel for the other parties~~ the plaintiff, who ~~have~~ has indicated ~~they do not~~ she does oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

By signing this Motion, we so certify.

This, the __12__ day of __February__, 20__18__.

_____
Local Counsel

Attorney Name  Nora Sullivan
Bar Number  N.C. State Bar No. 43284
Firm Name  ELLIS & WINTERS LLP
Firm Address  P.O. Box 33550
Firm City / State / Zip  Raleigh, NC 27636
Telephone Number  (919) 865-7000
Fax Number  (919) 865-7010
Email Address  nora.sullivan@elliswinters.com

_____
Applicant

3

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 12th day of February, 2018, I caused the foregoing Motion for Admission Pro Hac Vice to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<u>s/ Nora F. Sullivan</u>
Nora F. Sullivan
N.C. State Bar No. 43284
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
Email: nora.sullivan@elliswinters.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*
