# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| Teri Lynn Hinkle,<br><br>     Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>TransUnion LLC, Equifax, Inc.<br><br>     Defendants. | Case No.: 1:18-CV-00007 |

## ORDER

THIS MATTER is before the Court on Nora F. Sullivan's Motion for Admission *Pro Hac Vice* of Autumn Hamit Patterson; and it appearing to the Court that Autumn Hamit Patterson is a member in good standing with the State Bar of Texas and will be appearing with Nora F. Sullivan, a member in good standing with the Bar of this Court; that all admission fees have been paid; that the email address of the attorney seeking admission has been provided; and that the Motion should be ALLOWED;

IT IS, THEREFORE, HEREBY ORDERED AND DECREED that Nora F. Sullivan's Motion for Admission *Pro Hac Vice* of Autumn Hamit Patterson is **GRANTED** and that Autumn Hamit Patterson is hereby **ADMITTED** to practice *pro hac vice* before the Bar of this Court with Nora F. Sullivan.

This the _____ day of February, 2018.

                                                                            _____
                                                                            United States District Court Magistrate
                                                                            Judge/Judge