# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 7

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 7] filed by Nora Sullivan, counsel for Defendant.

Upon review of the motion, it appears that Autumn Hamit Patterson is a member in good standing with the Texas Bar and will be appearing with Nora Sullivan, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 7]. The Court **ADMITS** Autumn Hamit Patterson to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 13, 2018

Dennis L. Howell
United States Magistrate Judge