UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RECEIVED
ASHEVILLE, N.C.
FEB 12 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.<br>*Defendants* | Case No: <u>1:18-cv-7</u><br><br>Judge: <u>Reidinger</u><br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Teri Lynn Hinkle, and hereby informs the Court that a settlement of the above captioned matter has been reached between Plaintiff, Teri Lynn Hinkle, and **Equifax, Inc**. ("Equifax"). The parties have reached agreement and a Motion to Dismiss Equifax from this action will be filed with the court when all settlement matters are complete.

Respectfully Submitted, February 7, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Equifax, Inc.**
Kendall Carter
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Dated February 7, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle