Hinkle
19 Mossy Creek Trail
Murphy, NC 28906



Clerk U.S. District Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC 28801