IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil No. 1:18-CV-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC.,<br><br>    Defendants. | **NOTICE OF APPEARANCE** |

Kelly Street Brown, North Carolina State Bar No. 37829, of the law firm of Young Moore and Henderson, P.A., Post Office Box 31627, Raleigh, North Carolina 27622, appears as counsel for Defendant Trans Union LLC.

Respectfully submitted,

This 19th day of February, 2018.

            YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Kelly S. Brown
    Kelly S. Brown
    N.C. State Bar No. 37829
    *Local Civil Rule 83.1 Counsel for*
    *Defendant Trans Union LLC*
    P.O. Box 31627
    Raleigh, NC 27622
    Telephone: (919) 782-6860
    Facsimile: (919) 782-6753
    Email: kelly.brown@youngmoorelaw.com

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the following CM-ECF participants:

Autumn Hamit Patterson
Jones Day
2727 North Harwood Street
Dallas, TX 75201
214-969-2966
Fax: 214-969-5100
Email: ahpatterson@jonesday.com
*Attorney for Experian Information Solutions, Inc.*

Nora Foster Sullivan
Ellis & Winters LLP
P. O. Box 33550
Raleigh, NC 27636
919-865-7000
Fax: 919-865-7010
Email: nora.sullivan@elliswinters.com
*Attorney for Experian Information Solutions, Inc.*

I hereby certify that on February 19, 2018, I served the foregoing document via Certified Mail with the United States Postal Service on the following non-CM/ECF participant:

Teri Lynn Hinkle
queensongbird@gmail.com
190 Mossy Creek Trail
Murphy, NC 28906
(828) 494-2007
***Pro Se Plaintiff***

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Kelly S. Brown
Kelly S. Brown
N.C. State Bar No. 37829
*Local Civil Rule 83.1 Counsel for Defendant Trans Union LLC*
P.O. Box 31627
Raleigh, NC 27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
Email: kelly.brown@youngmoorelaw.com