IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil No. 1:18-CV-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC.,<br><br>   Defendants. | **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

Trans Union LLC who is Defendant makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

  ☐ YES    ☒ NO

2. Does party have any parent corporations?

  ☒ YES    ☐ NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

  Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with of Goldman Sachs Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, also own more than 10% of TransUnion's stock.

1

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

☐ YES     ☒ NO

If yes, identify all such owners: N/A_____.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

☒ YES     ☐ NO

If yes, identify entity and nature of interest:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with of Goldman Sachs Group, Inc., a publicly traded entity, own more than 10% of TransUnion's stock. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, also own more than 10% of TransUnion's stock.

Respectfully submitted,

This 19th day of February, 2018.

YOUNG MOORE AND HENDERSON, P.A.

BY:   /s/ Kelly S. Brown
Kelly S. Brown
N.C. State Bar No. 37829
*Local Civil Rule 83.1 Counsel for Defendant Trans Union LLC*
P.O. Box 31627
Raleigh, NC 27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
Email: kelly.brown@youngmoorelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Autumn Hamit Patterson<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>214-969-2966<br>Fax: 214-969-5100<br>Email: ahpatterson@jonesday.com<br>*Attorney for Experian Information Solutions, Inc.* | Nora Foster Sullivan<br>Ellis & Winters LLP<br>P. O. Box 33550<br>Raleigh, NC 27636<br>919-865-7000<br>Fax: 919-865-7010<br>Email: nora.sullivan@elliswinters.com<br>*Attorney for Experian Information Solutions, Inc.* |

Teri Lynn Hinkle
queensongbird@gmail.com
190 Mossy Creek Trail
Murphy, NC 28906
(828) 494-2007
*Pro Se Plaintiff*

I also certify that on February 19, 2018, I served the foregoing document via Certified Mail with the United States Postal Service on the following:

Teri Lynn Hinkle
queensongbird@gmail.com
190 Mossy Creek Trail
Murphy, NC 28906
(828) 494-2007
*Pro Se Plaintiff*

                          YOUNG MOORE AND HENDERSON, P.A.

                BY:   /s/ Kelly S. Brown
                          Kelly S. Brown
                          N.C. State Bar No. 37829
                          *Local Civil Rule 83.1 Counsel for*
                          *Defendant Trans Union LLC*
                          P.O. Box 31627
                          Raleigh, NC 27622
                          Telephone: (919) 782-6860
                          Facsimile: (919) 782-6753
                          Email: kelly.brown@youngmoorelaw.com