IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil No. 1:18-CV-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) **DEFENDANT TRANS UNION LLC'S** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC., | ) **RULE 12(b)(6) MOTION TO DISMISS** <br> ) **PLAINTIFF'S COMPLAINT** <br> ) <br> ) |
| Defendants. | ) <br> ) |

COMES NOW, Trans Union LLC ("Trans Union"), and files its 12(b)(6) Motion to Dismiss Plaintiff's Complaint. Plaintiff fails to allege facts sufficient to support a claim for relief. Plaintiff alleges she twice requested full consumer file disclosure under § 1681g from Trans Union and twice received correspondence asking her for identification to verify her current mailing address in order to process the request and protect confidentiality. Plaintiff's conclusory allegations of an FCRA claim fail to articulate how Trans Union's correspondence which conformed with the condition precedent of § 1681h(a)(1) can be the basis of a FCRA claim. Trans Union's arguments are more fully set forth in its Memorandum in Support, filed contemporaneously with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), or in the alternative, direct Plaintiff to provide a more definitive statement, and for such other relief as the Court deems necessary.

1

Respectfully submitted,

This 19th day of February, 2018.

        YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Kelly S. Brown
Kelly S. Brown
N.C. State Bar No. 37829
*Local Civil Rule 83.1 Counsel for*
*Defendant Trans Union LLC*
P.O. Box 31627
Raleigh, NC 27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
Email: kelly.brown@youngmoorelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM-ECF participants:

| | |
|---|---|
| Autumn Hamit Patterson<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>214-969-2966<br>Fax: 214-969-5100<br>Email: ahpatterson@jonesday.com<br>*Attorney for Experian Information Solutions, Inc.* | Nora Foster Sullivan<br>Ellis & Winters LLP<br>P. O. Box 33550<br>Raleigh, NC 27636<br>919-865-7000<br>Fax: 919-865-7010<br>Email: nora.sullivan@elliswinters.com<br>*Attorney for Experian Information Solutions, Inc.* |

Teri Lynn Hinkle
queensongbird@gmail.com
190 Mossy Creek Trail
Murphy, NC 28906
(828) 494-2007
*Pro Se Plaintiff*

I also certify that on February 19, 2018, I served the foregoing document via Certified Mail with the United States Postal Service on the following:

Teri Lynn Hinkle
queensongbird@gmail.com
190 Mossy Creek Trail
Murphy, NC 28906
(828) 494-2007
*Pro Se Plaintiff*

    YOUNG MOORE AND HENDERSON, P.A.

BY:  /s/ Kelly S. Brown
      Kelly S. Brown
      N.C. State Bar No. 37829
      *Local Civil Rule 83.1 Counsel for Defendant Trans Union LLC*
      P.O. Box 31627
      Raleigh, NC 27622
      Telephone: (919) 782-6860
      Facsimile: (919) 782-6753
      Email: kelly.brown@youngmoorelaw.com