**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1-18-CV-00007**

| | | |
|---|---|---|
| **TERI LYNN HINKLE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EXPERIAN INFORMATION** | ) | NOTICE OF APPEARANCE |
| **SOLUTIONS, INC.; TRANSUNION LLC;** | ) | |
| **EQUIFAX, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that Ashley K. Brathwaite, North Carolina State Bar No. 33830, of the law firm of Ellis & Winters, LLP, Post Office Box 33550, Raleigh, North Carolina 27636, hereby gives notice of her appearance as counsel for defendant, Experian Information Solutions, Inc., and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below

This 28th day of February, 2018.

                                                 s/Ashley K. Brathwaite
                                                 Ashley K. Brathwaite
                                                 N.C. Bar No. 33830
                                                 ELLIS & WINTERS LLP
                                                 P. O. Box 33550
                                                 Raleigh, NC  27636
                                                 Telephone: 919.865.7000
                                                 Fax: 919.865.7010
                                                 Email:  ashley.brathwaite@elliswinters.com

                                                 *Attorney for Experian Information Solutions, Inc.*

CERTIFICATE OF SERVICE

       I hereby certify that on the 28th day of February 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. Bar No. 33830
ELLIS & WINTERS LLP
P. O. Box 33550
Raleigh, NC 27636
Telephone: 919.865.7000
Fax: 919.865.7010
Email: ashley.brathwaite@elliswinters.com

*Attorney for Experian Information Solutions, Inc.*