AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Equifax, INC.**

was received by me on *(date)* **1-18-18** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **The Prentice-Hall Corporation System, Inc.** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Equifax Inc.**
on *(date)* **1-31-18** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **March 5, 2018**

*Server's signature*

**Caitlin S. Hinkle**
*Printed name and title*

**19 Mossy Creek Trl Murphy, NC 28906**
*Server's address*

Additional information regarding attempted service, etc:

