PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

37326
MAR 05 18
AMOUNT
**$6.70**
1006   28801
R2305M148460-91

# PRIORITY
## ★ MAIL ★

FROM:
Caitlin Hinkle
19 Mossy Cree Trl
Murphy, NC 28906

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

RECEIVED
ASHEVILLE, N.C.
MAR 07 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

TO:
Clerk U.S. Dist Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC
28801

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION

Expected Delivery Day: 03/07/2018
**USPS TRACKING NUMBER**

9505 5132 5736 8064 0379 62

PS00001000014   EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®