RECEIVED
ASHEVILLE, N.C.
MAR 07 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Teri Lynn Hinkle (Plaintiff), who respectfully requests leave of the Court to file the attached Sur-Reply to clarify mis-statements made by Trans Union in their reply to Plaintiff's Opposition to Motion to Dismiss.

Plaintiff will point out factual mis-statements made by Trans Union and provide evidence in support of her contentions. "Generally, courts allow a party to file a surreply only when fairness dictates based on new arguments raised in the previous reply." *DiPaulo v. Potter*, 733 F. Supp. 2d 666, 670 (M.D.N.C. 2010).

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an order granting leave to file her short Sur-Reply annexed to this motion where the facts brought forth therein are material to the issues before this Court.

Respectfully Submitted,

*Teri Lynn Hinkle*
Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Experian Information Solutions, Inc.**
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

**Counsel for Defendant Trans Union LLC**
Kelly S. Brown
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dated March 5, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle