UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## NOTICE OF NO SETTLEMENT

NOW COMES the Plaintiff, Teri Lynn Hinkle, and hereby informs the Court that a settlement of the above captioned matter was thought to have been reached between Plaintiff and Defendant Equifax Inc. (Equifax) on February 13, 2018 when Plaintiff filed a Notice of Settlement with the court. [Doc. 9]. Equifax henceforth has refused to communicate with Plaintiff regarding settlement and therefore Plaintiff expects this matter to move forward to trial on the merits.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Experian Information Solutions, Inc.**
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

**Counsel for Defendant Trans Union LLC**
Kelly S. Brown
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

Dated March 7, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle