# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 7

| | |
|---|---|
| **TERI LYNN HINKLE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | **ORDER** |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., et al.,** ) | |
| ) | |
|    **Defendants.** ) | |
| _____ ) | |

Pending before the Court Plaintiff's Motion for Leave to File a Sur-Reply [# 25]. After reviewing the motion and the relevant law, the Court finds that Plaintiff's sur-reply would neither be helpful nor necessary. Therefore, the Court **DENIES** the motion [# 25].

Signed: March 28, 2018

Dennis L. Howell
United States Magistrate Judge