UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE, | ) |
|            Plaintiff, | )   Case No.: 1:18-cv-00007-MR-DLH |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | ) |
|            Defendants. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S
<u>MOTION TO AMEND COMPLAINT</u>**

Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby gives notice to the Court that it does not oppose Plaintiffs' Motion to Amend Complaint given that the motion was filed on March 18, 2018, a little more than two months after the initial complaint was filed on January 8, 2018. However, Equifax opposes the substance of Plaintiff's proposed Amended Complaint and intends to file a Motion to Dismiss at the appropriate time. Equifax expressly reserves, and does not waive, its defenses to the proposed Amended Complaint, including (but not limited to) failure to state a claim upon which relief may be granted.

Respectfully submitted this 30th day of March, 2018.

                          <u>/s/ Bradley J. Lingo</u>
                          Bradley J. Lingo
                          North Carolina Bar No. 44018
                          KING & SPALDING LLP
                          100 North Tryon Street, Suite 3900
                          Charlotte, North Carolina 28202
                          Tel: (704) 503-2573
                          Fax: (704) 503-2622
                          blingo@kslaw.com
                          LR 83.1 Counsel
                          *Attorneys for Defendant Equifax Information Services LLC*

Of Counsel:
Kendall Carter
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
kcarter@kslaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have had this day electronically filed a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT with the Clerk of the Court using the CM/ECF system which will give notification to counsel of record:

Ashley Kamphaus Brathwaite
Ellis & Winters, LLP
Post Office Box 33550
Raleigh, NC 27636

Autumn Hamit Patterson
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Nora Foster Sullivan
NC Department of Justice
PO Box 629
Raleigh, NC 27602

Kelly Street Brown
3101 Glenwood Avenue Suite 200
P.O. Box 31627
Raleigh, NC 27622

And also via U.S. Mail to:

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
Email: queensongbird@gmail.com

This 30th day of March, 2018.

    */s/ Bradley J. Lingo*
Bradley J. Lingo
North Carolina Bar No. 44018
KING & SPALDING LLP
100 North Tryon Street
Suite 3900
Charlotte, North Carolina 28202
Tel: (704) 503-2573
blingo@kslaw.com
LR 83.1 Counsel

*Attorneys for Defendant Equifax Information Services LLC*