UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| Teri Lynn Hinkle, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Case No. 1:18-CV-00007 |
| Experian Information Solutions, Inc.; TransUnion LLC; Equifax, Inc., | § | |
| Defendants. | § | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and responds to Plaintiff's Motion for Leave to File an Amended Complaint. Experian does not oppose Plaintiff's filing of an amended complaint. Experian, however, does not concede that the substance of the amendments are proper or that they correct the deficiencies in the Plaintiff's original complaint. Experian reserves its right to assert all appropriate defenses to the proposed Amended Complaint to the extent the Court allows it to be filed.

Dated: March 30, 2018

Respectfully submitted,

*s/ Ashley K. Brathwaite*
Ashley K. Brathwaite
N.C. Bar No. 33830
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
ashley.brathwaite@elliswinters.com

*s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
*(admitted pro hac vice)*
Texas Bar No. 24092947
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 969-2966
Facsimile: (214) 969-5100
ahpatterson@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically filed a true and correct copy of the foregoing Defendant Experian Information Solutions, Inc.'s Response to Plaintiff's Motion for Leave to File an Amended Complaint with the Clerk of the District Court of the Western District of North Carolina by using the CM/ECF system, which will send notification to the parties and attorneys of record in the case who are registered CM/ECF users.

*s/ Autumn Hamit Patterson*
Autumn Hamit Patterson

NAI-1503572103v1