# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 7

| | |
|---|---|
| **TERI LYNN HINKLE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Pending before the Court is pro se Plaintiff's Motion for Leave to Amend the Complaint [# 27]. On January 1, 2018, Plaintiff filed her Complaint [# 1]. On March 16, 2018, Plaintiff filed her Motion for Leave to Amend [# 27]. After reviewing Plaintiff's motion, and each of defendants' positions, the Court will allow Plaintiff leave to amend.

Accordingly, the Court **GRANTS** the motion [# 27]. Plaintiff has leave to file an amended complaint. The Court **DIRECTS** Plaintiff to file her Amended Complaint with the Clerk's Office.

Signed: April 2, 2018

Dennis L. Howell
United States Magistrate Judge