# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 7

| | |
|---|---|
| **TERI LYNN HINKLE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

This matter is before the Court following the Court's order granting Plaintiff leave to amend her complaint [# 34]. Because Plaintiff now has leave to amend her complaint, Defendant Trans Union, LLC's motion to dismiss [# 12] appears to be moot.

Accordingly, the Court **DISMISSES** the motion to dismiss [# 12] as moot and without prejudice.

Signed: April 3, 2018

Dennis L. Howell
United States Magistrate Judge