IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:18-CV-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC.,<br><br>    Defendants. | **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE of the appearance of Robert C. deRosset of Young Moore and Henderson, P.A, as counsel of record for Trans Union LLC in the above-referenced matter. By this Notice of Appearance, undersigned counsel requests copies of all pleadings, discovery, notices, correspondence and other filings submitted in connection with this matter.

  DATED: April 11, 2018.

            YOUNG MOORE AND HENDERSON P.A.

            BY: /s/ Robert C. deRosset
                ROBERT C. deROSSET
                N.C. State Bar # 27656
                *Counsel for Trans Union LLC*
                3101 Glenwood Avenue, Suite 200
                Post Office Box 31627
                Raleigh, NC 27622
                Ph: 919-782-6860
                Fax: 919-782-6753
                Email: bob.derosset@youngmoorelaw.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel and CM/ECF participants:

Autumn Hamit Patterson, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Email: ahpatterson@jonesday.com

and

Ashley Kamphaus Brathwaite, Esq.
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27636
Email: ashley.brathwaite@elliswinters.com
*Counsel for Experian Information Solutions, Inc.*

Bradley Jason Lingo, Esq.
King & Spalding LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Email: blingo@kslaw.com
*Counsel for Equifax, Inc.*

I certify that I mailed by United States Postal Service and emailed the document to the following non-CM/ECF participants:

Teri Lynn Hinkle
190 Mossy Creek Trail
Murphy, NC 28906
Email: queensongbird@gmail.com
Pro Se Plaintiff

DATED: April 11, 2018.

YOUNG MOORE AND HENDERSON P.A.

BY: /s/ Robert C. deRosset
ROBERT C. deROSSET
N.C. State Bar # 27656
*Counsel for Trans Union LLC*
3101 Glenwood Avenue, Suite 200
Post Office Box 31627
Raleigh, NC 27622
Ph: 919-782-6860
Fax: 919-782-6753
Email: bob.derosset@youngmoorelaw.com