IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
FILE NO: 1:18-CV-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE,<br><br>               Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EQUIFAX, INC.,<br><br>               Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

      Robert C. deRosset, of the firm of Young Moore and Henderson, P.A., files this Notice of Substitution of Counsel pursuant to Local Civil Rule 83.1(g). Robert C. deRosset is substituted as counsel in place of Kelly S. Brown, of Young Moore and Henderson, P.A., as counsel for Defendant Trans Union LLC in this action in association with the firm of Young Moore and Henderson, P.A. Robert C. deRosset is aware of and will comply with all pending deadlines in the case.

      Please take notice that Robert C. deRosset is substituted as counsel of record for Defendant Trans Union LLC and Kelly S. Brown is terminated as counsel of record for Defendant Trans Union LLC.

DATED: April 11, 2018.

                YOUNG MOORE AND HENDERSON P.A.

BY:    /s/ Robert C. deRosset
        ROBERT C. deROSSET
        N.C. State Bar # 27656
        *Counsel for Trans Union LLC*
        3101 Glenwood Avenue, Suite 200
        Post Office Box 31627
        Raleigh, NC 27622
        Ph: 919-782-6860
        Fax: 919-782-6753
        Email: bob.derosset@youngmoorelaw.com

        /s/ Kelly S. Brown
        KELLY S. BROWN
        N.C. State Bar # 37829
        *Counsel for Trans Union LLC*
        3101 Glenwood Avenue, Suite 200
        P.O. Box 31627
        Raleigh, NC 27622
        Ph: (919) 782-6860
        Fax: (919) 782-6753
        Email: ksb@youngmoorelaw.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel and CM/ECF participants:

Autumn Hamit Patterson, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Email: ahpatterson@jonesday.com

and

Ashley Kamphaus Brathwaite, Esq.
Ellis & Winters LLP
P.O. Box 33550
Raleigh, NC 27636
Email: ashley.brathwaite@elliswinters.com
*Counsel for Experian Information Solutions, Inc.*

Bradley Jason Lingo, Esq.
King & Spalding LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Email: blingo@kslaw.com
*Counsel for Equifax, Inc.*

I certify that I mailed by United States Postal Service and emailed the document to the following non-CM/ECF participants:

Teri Lynn Hinkle
190 Mossy Creek Trail
Murphy, NC 28906
Email: queensongbird@gmail.com
Pro Se Plaintiff

DATED: April 11, 2018.

YOUNG MOORE AND HENDERSON P.A.

BY: /s/ Robert C. deRosset
ROBERT C. deROSSET
N.C. State Bar # 27656
*Counsel for Trans Union LLC*
3101 Glenwood Avenue, Suite 200
Post Office Box 31627
Raleigh, NC 27622
Ph: 919-782-6860
Fax: 919-782-6753
Email: bob.derosset@youngmoorelaw.com