UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS INC., et al. )<br>)<br>Defendants. ) | Case No.: 1:18-cv-00007-MR-DLH |

**DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants Equifax Inc.'s and Equifax Information Services LLC ("EIS"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss this action with prejudice, and grant all other relief that the Court deems appropriate. In support of this motion, Equifax Inc. and EIS rely upon the accompanying brief. For the reasons set forth more fully in its accompanying brief, Equifax Inc. and EIS request that this motion be granted.

Respectfully submitted this 20th day of April, 2018.

                                                                                     */s/ Bradley J. Lingo*
                                                                                     Bradley J. Lingo
                                                                                     North Carolina Bar No. 44018
                                                                                     KING & SPALDING LLP
                                                                                     100 North Tryon Street, Suite 3900
                                                                                     Charlotte, North Carolina 28202
                                                                                     Tel: (704) 503-2573
                                                                                     Fax: (704) 503-2622
                                                                                     blingo@kslaw.com
                                                                                     LR 83.1 Counsel
                                                                                     *Attorneys for Defendant Equifax Inc. and Equifax
Information Services LLC*

Of Counsel:
Kendall Carter
KING & SPALDING LLP

1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100
kcarter@kslaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have had this day electronically filed a true and correct copy of the foregoing DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will give notification to counsel of record:

Ashley Kamphaus Brathwaite
Ellis & Winters, LLP
Post Office Box 33550
Raleigh, NC 27636

Autumn Hamit Patterson
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Nora Foster Sullivan
NC Department of Justice
PO Box 629
Raleigh, NC 27602

Kelly Street Brown
3101 Glenwood Avenue Suite 200
P.O. Box 31627
Raleigh, NC 27622

And also via U.S. Mail to:

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
Email: queensongbird@gmail.com

This 20th day of April, 2018.

                                              */s/ Bradley J. Lingo*
                                              Bradley J. Lingo
                                              North Carolina Bar No. 44018
                                              KING & SPALDING LLP
                                              100 North Tryon Street
                                              Suite 3900
                                              Charlotte, North Carolina 28202
                                              Tel: (704) 503-2573
                                              blingo@kslaw.com
                                              LR 83.1 Counsel
                                              *Attorneys for Defendant Equifax Inc. and Equifax Information Services LLC*