# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 cv 7

| | |
|---|---|
| **TERI LYNN HINKLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

This matter is before the Court following Defendant Equifax, Inc.'s Motion to Dismiss [# 43]. The Court will advise pro se Plaintiff of her opportunity to respond and the time for doing so.

The Court cautions Plaintiff that Defendant Equifax, Inc. has filed a Motion to Dismiss. In its Motion, Defendant Equifax has stated that it is not a consumer reporting agency and is therefore not subject to the Fair Credit Reporting Act. Further, Defendant Equifax argues that Plaintiff's claim is subject to dismissal because she failed to plead sufficient facts to support a claim of relief under 15 U.S.C. § 1681g [*See* #43, #44].

The Court advises Plaintiff that if she does not submit a response to Defendant Equifax's Motion to Dismiss, the Court will go ahead and make a determination on Defendant's motion without hearing from Plaintiff.

The Court **INSTRUCTS** Plaintiff to review Defendant Equifax's Motion to Dismiss [# 43]. If Plaintiff chooses to respond, Plaintiff is reminded she has through **May 4, 2018**,

to respond. The Court reemphasizes that failure to file a response may result in the Court evaluating and deciding Defendant's Motion to Dismiss without hearing from Plaintiff.

Signed: April 23, 2018

Dennis L. Howell
United States Magistrate Judge