UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
MAY 21 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

TERI LYNN HINKLE )
*Plaintiff* )
)
) Civil No: 1:18-CV-00007-MR-DLH
vs )
)
EXPERIAN INFORMATION )
SOLUTIONS, INC.; TRANS UNION )
LLC; EQUIFAX, INC.; EQUIFAX )
INFORMATION SERVICES, LLC )
*Defendants* )
)
)
)

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Teri Lynn Hinkle, and hereby informs the Court that a settlement of the above captioned matter has been reached between Plaintiff, Teri Lynn Hinkle, and **Experian Information Solutions, Inc**. The parties have reached agreement and a Motion to Dismiss Experian Information Solutions, Inc. from this action will be filed with the court when all settlement matters are complete.

Respectfully Submitted,

*[signature]*
Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

Notice of Settlement Page **1** of **2**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Experian Information Solutions, Inc.**
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

**Counsel for Defendant Trans Union LLC**
Robert C. deRosset
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

**Counsel for Equifax Information Services LLC
And Equifax, Inc.**
Bradley J. Lingo
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202

Dated May 18, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle