RECEIVED
ASHEVILLE, N.C.
JUN 04 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## NOTICE OF PLAINTIFF'S CHANGE OF ADDRESS

NOW COMES the Plaintiff, Teri Lynn Hinkle, and hereby informs the Court that Plaintiff will have a change of address effective June 1, 2018. Her new address will be:

Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, NC 28906

Plaintiff's email address and phone number will remain the same as is in the Court record.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Experian Information Solutions, Inc.**
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

**Counsel for Defendant Trans Union LLC**
Robert C. deRosset
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

**Counsel for Equifax Information Services LLC
And Equifax, Inc.**
Bradley J. Lingo
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202

Dated May 30, 2018

_____
Teri Lynn Hinkle