RECEIVED
ASHEVILLE, N.C.

JUN 0 4 2018

Clerk, U.S. Dist. Court
W. Dist. of N.C.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

|  |  |  |
|---|---|---|
| **TERI LYNN HINKLE** | ) | |
| *Plaintiff.* | ) | |
|  | ) | **Civil No: 1:18-CV-00007-MR-DLH** |
| **vs** | ) | |
|  | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.; TRANS UNION** | ) | |
| **LLC; EQUIFAX, INC.; EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC** | ) | |
| *Defendants* | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Teri Lynn Hinkle, and hereby informs the Court that a

settlement of the above captioned matter has been reached between Plaintiff, Teri Lynn Hinkle,

and **Trans Union, LLC**.  The settlement agreement has been signed and consummated by the

parties. A Motion to Dismiss Trans Union, LLC., with prejudice will be filed upon Plaintiff's

receipt of the settlement proceeds.

Respectfully Submitted,

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

Notice of Settlement Page **1** of **2**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Experian Information Solutions, Inc.**
Ashley K. Brathwaite
ELLIS & WINTERS LLP
P.O. Box 33550
Raleigh, NC 27636

**Counsel for Defendant Trans Union LLC**
Robert C. deRosset
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

**Counsel for Equifax Information Services LLC**
**And Equifax, Inc.**
Bradley J. Lingo
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202

Dated May 30, 2018

*Teri Lynn Hinkle*
Teri Lynn Hinkle

Notice of Settlement Page **2** of **2**