# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC.; TRANS UNION )<br>LLC; EQUIFAX, INC.; and EQUIFAX )<br>INFORMATION SERVICES, LLC, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Order of Dismissal with Prejudice [Doc. 52].

Upon review of the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 52] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Experian Information Solutions, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 11, 2018

Martin Reidinger
United States District Judge