UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH<br><br>FILED<br>ASHEVILLE, N.C.<br><br>JUN 18 2018<br><br>U.S. DISTRICT COURT<br>W. DIST. OF N.C. |

## MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Teri Lynn Hinkle, having reached a settlement of the above captioned matter has been reached between Plaintiff and **Trans Union LLC.**, brings this Motion for an Order of Dismissal WITH PREJUDICE and requests the Court enter such Order in the above styled action with each party named herein bearing their own costs.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

Motion For Order of Dismissal Page **1** of **2**

Case 1:18-cv-00007-MR-DLH   Document 54   Filed 06/18/18   Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant Trans Union LLC**
Robert C. deRosset
Young Moore and Henderson, P.A.
P.O. Box 31627
Raleigh, NC 27622

**Counsel for Equifax Information Services LLC**
**And Equifax, Inc.**
Bradley J. Lingo
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202

Dated June 16, 2018

*Teri Lynn Hinkle*
Teri Lynn Hinkle

Motion For Order of Dismissal Page **2** of **2**