IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC.; TRANS UNION ) <br> LLC; EQUIFAX, INC.; and EQUIFAX ) <br> INFORMATION SERVICES, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Order of Dismissal with Prejudice [Doc. 54].

Upon review of the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 54] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Trans Union, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 21, 2018

Martin Reidinger
United States District Judge