THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00007-MR-DLH

| | |
|---|---|
| TERI LYNN HINKLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the joint Motion to Dismiss filed by Defendants Equifax, Inc. and Equifax Information Services, LLC [Doc. 43] and the Magistrate Judge's Memorandum and Recommendation [Doc. 56] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendants' motion and to submit a recommendation for its disposition.

On September 5, 2018, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Defendants' motion. [Doc. 56]. The parties

were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendants' Motion to Dismiss should be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 56] is **ACCEPTED**, and the joint Motion to Dismiss filed by Defendants Equifax, Inc. and Equifax Information Services, LLC [Doc. 43] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 25, 2018

Martin Reidinger
United States District Judge