THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00007-MR

| | |
|---|---|
| **TERI LYNN HINKLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 25, 2018, the Court entered an Order accepting the Magistrate Judge's recommendation that the Motion to Dismiss filed by Defendants Equifax, Inc. and Equifax Information Services, LLC should be denied. [Doc. 57]. These Defendants had fourteen (14) days after the entry of this Order to answer the Plaintiff's Amended Complaint. See Fed. R. Civ. P. 12(a)(4)(A). As of the date of this Order, however, the Defendants have yet to file answers, and the Plaintiff appears to have made no effort to prosecute this action further against these Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to Defendants Equifax, Inc. and Equifax Information Services, LLC.  **The Plaintiff is advised that failure to take further action against these Defendants will result in the dismissal of her claims against these Defendants.**

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge