UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

TERI LYNN HINKLE )
    *Plaintiff.* )
     ) Civil No: 1:18-CV-00007-MR-DLH
vs )
     )
EXPERIAN INFORMATION )
SOLUTIONS, INC.; TRANS UNION )
LLC; EQUIFAX, INC.; EQUIFAX )
INFORMATION SERVICES, LLC )
    *Defendants* )

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Teri Lynn Hinkle, the Plaintiff in this case, deposes and says under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmation pursuant to Rule 55.1 and 55.2(A) of the Federal Civil Rules for the Western District of North Carolina in support of Plaintiff's application for the entry of a default judgment against Defendants Equifax, Inc. and Equifax Information Services, LLC.

3. This is an action to recover statutory damages owed by the Defendants Equifax, Inc. and Equifax Information Services, LLC for violation of the Fair Credit Reporting Act. The defendants are not infants, in the military, or incompetent persons.

4. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United States and resident of Cherokee County, North Carolina.

5. This action was commenced on January 8, 2018 by the filing the original complaint. A copy of the summons and complaint was served on the Defendant Equifax, Inc. on

January 31, 2018 [Doc. 24]. The Court assigned the case number 1:18-cv-00007-MR-DLH. The original complaint was replaced on April 6, 2018 by the filing of a First Amended Complaint (FAC), by Plaintiff. A copy of the FAC was sent to Defendant Equifax, Inc. and served via the United States Postal Service on April 4, 2018. Summons for Defendant Equifax Information Services, LLC (EIS), was issued by the Court on April 9, 2018 [Doc. 38]. Summons and a copy of the FAC was executed and received by EIS on April 16, 2018 [Doc. 47].

6. Defendants Equifax, Inc. and EIS filed jointly filed a Motion to Dismiss Plaintiff's First Amended Complaint on April 20, 2018. [Doc. 43] Plaintiff filed a Response in Opposition to the Motion to Dismiss on May 2, 2018. [Doc. 46]

7. The Joint Motion to Dismiss filed by Defendants Equifax, Inc. and EIS was denied by Court Order on September 25, 2018. [Doc. 57]

8. Defendants Equifax, Inc. and EIS have not answered the First Amended Complaint and the time the Defendants to answer has expired pursuant to FRCP 12(a)(4)(A).

9. This action seeks judgment for statutory damages in the amount of $1,000.00 per defendants plus costs which is justly due and owing and no part of which has been paid to date.

WHEREFORE, Plaintiff requests the entry of Default and the entry of the annexed Judgment against the Defendants Equifax, Inc. and Equifax Information Services, LLC.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated November 7, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com