RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION<br>LLC; EQUIFAX, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendants Equifax, Inc. and Equifax Information Services, LLC were served by the following methods.
   To Equifax, Inc.: Certified Mail #70162070000041337557 by Caitlin Scarlett Hinkle on January 31, 2018 and the First Amended Complaint by United States Postal Service on April 4, 2018.

   To Equifax Information Services, LLC: Certified Mail Return Receipt # 95909402166060538077344 by Caitlin Scarlett Hinkle on April 16, 2018.

I further certify that the defendants have failed to serve an answer or other responsive pleading pursuant to FRCP 12, no extension has been granted or any extension has expired; the defendants are not infants (under age 21) nor incompetent persons; the defendants are not in the active military service of the United States of America or its officers or agents were not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendants.

Respectfully Submitted,

Date: 11-7-18

Plaintiff
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

Page **1** of **3**

# NOTARY

STATE OF NORTH CAROLINA
COUNTY OF CHEROKEE

Subscribed and sworn to (or affirmed) before me on this __7__ day of __Nov__ 20__18__ by, __TeriLynn Hinkle__, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAL

_Marlene Mull Reece_
Signature
Exp Dt - 12-02-22

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated November 7, 2018

*[signature]*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com