RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT

Plaintiff Teri Lynn Hinkle hereby notifies the Court that she intends to continue prosecuting her case by filing a Request for Clerk's Default and Motion for Default Judgment by November 7, 2018.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated November 7, 2018

*[signature]*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com