RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, Teri Lynn Hinkle, comes before this Court with this Motion for Entry of Default Judgment against Defendants, Equifax, Inc. and Equifax Information Services, LLC and states as follows:

1. Plaintiff has made all filings required of this Court to bring a cause of action against the Defendants, Equifax, Inc. and Equifax Information Services, LLC, for damages under the Fair Credit Reporting Act (FCRA).

2. Plaintiff has made proper service of the summons and Complaint through the United States Postal Service to Defendants, Equifax, Inc. and Equifax Information Services, LLC, as evidenced by the affidavit of Plaintiff.

3. The time for the Defendants to respond after denial of their Joint Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 57) is substantially past and Defendants have made no further response to the service of summons and Complaint in this matter. The

Defendants, Equifax, Inc. and Equifax Information Services, LLC are therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

WHEREFORE, the Plaintiff respectfully requests the entry of a Default Judgment in the amount of $2,210.00 inclusive of all Plaintiffs' costs against the Defendants, Equifax, Inc. and Equifax Information Services, LLC, in this matter be granted by this Honorable Court.

Respectfully Submitted

*[signature]*

Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

Motion for Default Judgment    Page **2** of **3**

Case 1:18-cv-00007-MR-WCM   Document 61-1   Filed 11/08/18   Page 2 of 11

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated November 7, 2018

*Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION<br>LLC; EQUIFAX, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## MEMORANDUM IN SUPPORT OF DEFAULT JUDGMENT

Teri Lynn Hinkle (hereinafter "Plaintiff"), pursuant to FRCP 55(a), respectfully requests this Honorable Court to enter default judgment against Defendants Equifax, Inc. and Equifax Information Services, LLC (hereinafter "Defendants") and to award Plaintiff $2,210.00 in damages. (inclusive of Plaintiff's costs)

## PROCEDURAL BACKGROUND

On September 25, 2018 this Honorable Court entered an Order denying Defendants' joint Motion to Dismiss [Doc. 57]. Pursuant to FRCP 12(a)(4)(A), Defendants were required to file an answer to Plaintiff's First Amended Complaint [Doc. 37] by October 9, 2018.

## THE CASE IS RIPE FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff states the following in support of the requested Default Judgment:

1. This current action was filed by First Amended Complaint on April 4, 2018 [Doc. 37], and was properly served on Defendants (See Exhibit A attached).

2. Defendants filed a joint Motion to Dismiss [Doc. 43] on April 20, 2018.

3. On September 5, 2018 the Honorable Dennis L. Howell, United States Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Defendants' motion. [Doc. 56]

4. Defendants did not file any objections to the Magistrate Judge's Memorandum and Recommendation within the fourteen (14) days of service nor did the Plaintiff.

5. On September 25, 2018 United States District Judge of this Court, the Honorable Martin Reidinger, accepted the Memorandum and Recommendation [Doc. 56] and Ordered that Defendants' joint Motion to Dismiss [Doc. 43] be denied. [Doc. 57]

6. As the record reveals, Defendants failed to file an answer or other responsive pleading within the time frame set forth as required by FRCP 12(a)(4)(A).

7. Plaintiff filed a Request for Clerks Entry of Default as to Equifax, Inc. and Equifax Information Services, LLC on November 7, 2018.

8. Defendants are neither minors nor incompetent persons.

9. The Service Members Civil Relief Act does not apply to Defendants.

10. Defendants were served with the Request for Entry of Default. (See Exhibit A).

11. In light of the foregoing, it is highly unlikely that Defendants' default was the result of excusable neglect.

## PLAINTIFF'S COMPLAINT SUPPORTS THE PROPOSED DEFAULT JUDGMENT

**Plaintiff's allegations are sufficient to support her causes of action.**

WHEREFORE, Plaintiff requests this Honorable Court grant this Motion for Entry of Default Judgment in the amount of $2,000.00 in statutory damages and $210.00 in costs.

Respectfully Submitted,

*Teri Lynn Hinkle* (signature)
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated February 7, 2018

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

### AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and that defendants Equifax, Inc. and Equifax Information Services, LLC were served by the following methods.

    To Equifax, Inc.: Certified Mail #70162070000041337557 by Caitlin Scarlett Hinkle on January 31, 2018 and the First Amended Complaint by United States Postal Service on April 4, 2018.

    To Equifax Information Services, LLC: Certified Mail Return Receipt # 95909402166060538077734 by Caitlin Scarlett Hinkle on April 16, 2018.

I further certify that the defendants have failed to serve an answer or other responsive pleading pursuant to FRCP 12, no extension has been granted or any extension has expired; the defendants are not infants (under age 21) nor incompetent persons; the defendants are not in the active military service of the United States of America or its officers or agents were not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendants.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Plaintiff
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com

Date: 11-7-18

Page 1 of 3

# NOTARY

STATE OF NORTH CAROLINA
COUNTY OF CHEROKEE

Subscribed and sworn to (or affirmed) before me on this __7__ day of __Nov__ 20__18__ by, __Teri Lynn Hinkle__, who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SEAL

_Marlue Mull Reeves_
Signature
Exp Dt - 12-02-22

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Defendant(s) Equifax Inc. & Equifax Information Services LLC**
Bradley J. Lingo
King & Spalding LLP
300 South Tryon Street Ste. 1700
Charlotte, NC 28202

Dated November 7, 2018

Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, North Carolina 28906
828-494-2007
queensongbird@gmail.com