Hinkle
440 Beaver Ridge Road
Murphy, NC 28906

U.S. POSTAGE PAID
PM 1-Day
MURPHY, NC
28906
NOV 07 18
AMOUNT
$6.70
R2304M114589-22
1024  28801

RECEIVED
ASHEVILLE, N.C.
NOV 08 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

Clerk U.S. District Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC 28801

EXPECTED DELIVERY DAY: 11/08/2018
USPS TRACKING NUMBER