UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | Case No.: 1:18-cv-00007-MR-DLH |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ) | |
| EQUIFAX, INC., and EQUIFAX ) | |
| INFORMATION SERVICES, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Teri Lynn Hinkle and Equifax Inc. and Equifax Information Services LLC ("Equifax"), notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before December 1, 2018.

Respectfully submitted this 8th day of November, 2018.

*Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, NC 28906
Telephone: (828) 494-2007
E-Mail: queensongbird@gmail.com
*Pro Se Plaintiff*

/s/ Bradley J. Lingo
Bradley J. Lingo
North Carolina Bar No. 44018
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503-2573
*Attorneys for Defendant Equifax Inc. and Equifax Information Services LLC*