UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE, | ) |
| Plaintiff, | ) Case No.: 1:18-cv-00007-MR-DLH |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF DISMISSAL DEADLINE

Defendants Equifax Information Services LLC and Equifax Inc. (collectively referred to herein as the "Equifax Entities"), by counsel, respectfully request that the Court extend the time to file the Stipulation of Dismissal to December 17, 2018. In support of this motion, the parties hereto state as follows:

1. On November 8, 2018, the Court ordered that an "[a]greed entry of judgment or a stipulation of dismissal be filed within 30 days, or the court will dismiss the case without prejudice." Doc. 62.

2. Pursuant to FED. R. CIV. P. 6(a)(1)(C), this deadline is December 10, 2018.

3. The parties have reached a settlement and finalized the settlement documentation.

4. Defendants have experienced an unforeseen delay in issuing the settlement funds check to Plaintiff, but anticipate that it will be mailed to Ms. Hinkle on or before December 7, 2018.

5. This is the first request for an extension of this deadline.

6. The parties bring this motion in good faith, and in doing so, do not intend to cause undue delay, unnecessary burden, or needless expense, but rather to avoid same.

7. Counsel for the Equifax Entities reached out to Plaintiff to seek consent to this motion by telephone and e-mail on December 5, 2018, but have received no response.

8. Accordingly, the Equifax Entities request that the deadline to file the stipulation of dismissal with prejudice be extended through and including December 17, 2018.

Respectfully submitted this 6th day of December, 2018.

KING & SPALDING LLP

/s/ Bradley J. Lingo
Bradley J. Lingo
North Carolina Bar No. 44018
*Attorney for Defendants Equifax Inc. and Equifax Information Services LLC*
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503-2573
Fax: (704) 503-2622
blingo@kslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, North Carolina 28906
***Pro Se Plaintiff***

                              KING & SPALDING LLP

                              */s/ Bradley J. Lingo*
                              Bradley J. Lingo
                              North Carolina Bar No. 44018
                              *Attorney for Defendant Equifax Inc. and Equifax Information Services LLC*
                              300 South Tryon Street
                              Suite 1700
                              Charlotte, North Carolina 28202
                              Tel: (704) 503-2573
                              Fax: (704) 503-2622
                              blingo@kslaw.com