RECEIVED
ASHEVILLE, N.C.
DEC 07 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TERI LYNN HINKLE<br>*Plaintiff*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SERVICES, LLC<br>*Defendants* | Civil No: 1:18-CV-00007-MR-DLH |

## NOTICE TO THE COURT OF NON-RECEIPT OF SETTLEMENT PROCEEDS

Plaintiff and the Equifax Defendants agreed to and consummated a settlement of this matter on November 8, 2018. Defendants, through counsel have stated the settlement proceeds would be mailed to Plaintiff no later than November 30, 2018. As of this date, December 6, 2018, Plaintiff has not received said proceeds. Given the tortured history of Defendants' counsel making certain statements and not following through on them and their failure to file responses with the Court on a timely basis, Plaintiff has no confidence she is in fact going to receive the settlement proceeds any time soon. Plaintiff wishes to inform the Court that she may need to request the Court's intervention in enforcing the Settlement Agreement made between the parties. As a result of this delay Plaintiff would request that the Court not dismiss this case until Plaintiff is able to ascertain whether she will in fact receive the settlement proceeds within the next 14 days. If and when she does receive the settlement proceeds she will immediately notice the Court of such by filing a Motion to Dismiss with Prejudice. Should Plaintiff not receive the

settlement proceeds by December 20, 2018 she will notice the Court and seek its intervention to enforce the Settlement Agreement.

WHEREFORE, Plaintiff respectfully requests this Honorable Court delay any dismissal of this case so that she may ascertain **IF** she is in fact going to receive the settlement proceeds as agreed or whether as outlined above she will be forced to seek the Court's intervention, or in the alternative should the Court find it more expedient it could simply move forward and grant Plaintiff's Motion for Default Judgment plus costs.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*

Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below by first class mail USPS.

**Counsel for Equifax Information Services LLC
And Equifax, Inc.**
Bradley J. Lingo
King & Spalding LLP
100 North Tryon Street, Suite 3900
Charlotte, North Carolina 28202

Dated December 6, 2018

*Teri Lynn Hinkle*
Teri Lynn Hinkle
440 Beaver Ridge Road
Murphy, NC 28906
828-494-2007
queensongbird@gmail.com

Notice of Non-Receipt Page **3** of **3**

Case 1:18-cv-00007-MR-WCM   Document 64   Filed 12/07/18   Page 3 of 3