Hinkle
440 Beaver Ridge Road
Murphy, NC
28906

Clerk U.S. District Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC 28801

