# EXHIBIT 1

# Hinkle, Teri - Equifax Notice of Settlement

Inbox x

**Carter, Kendall <KCarter@kslaw.com>** Nov 8, 2018, 11:03 AM

to me, Meryl, Brad

Dear Ms. Hinkle:

      In light of our conversation yesterday, and my sending the fully signed agreement this morning, please sign the attached and scan back your signed copy. Please give me a call at the number below if you would like to discuss.

Regards,

Kendall Carter

Kendall W. Carter | King & Spalding, LLP
1180 Peachtree Street | Atlanta, GA 30309
(direct) 404.572.2495 | (fax) 404.572.5100
kcarter@kslaw.com | www.kslaw.com



**Teri Hinkle <queensongbird@gmail.com>** Nov 8, 2018, 4:33 PM

to Kendall

Mr. Carter,

I was out all day today but here is the signed Notice. You had my address wrong so I corrected it.

**Carter, Kendall <KCarter@kslaw.com>** Nov 8, 2018, 7:15 PM

to **Brad, Meryl**, me

Ms. Hinkle:

      Thanks very much for your response. I have filed the Notice of Settlement and the agreement is being submitted to Equifax for payment.

Sincerely,

Kendall Carter

Kendall W. Carter | King & Spalding, LLP
1180 Peachtree Street | Atlanta, GA 30309
(direct) 404.572.2495 | (fax) 404.572.5100
kcarter@kslaw.com | www.kslaw.com

**From:** Teri Hinkle [mailto:queensongbird@gmail.com]
**Sent:** Thursday, November 08, 2018 4:33 PM
**To:** Carter, Kendall
**Subject:** Re: Hinkle, Teri - Equifax Notice of Settlement

**queensongbird@gmail.com <queensongbird@gmail.com>** Nov 20, 2018, 9:51 AM

to Kendall

Mr. Carter,

That is well beyond the ten to fourteen days you stated. The court has issued a deadline that I do not intend to miss; even if that is just to notice the court of a failure to meet the terms of the settlement agreement. I would also caution against mailing the check to the wrong address. I noticed your firm and the court of my change of address last June.

Given the fact that I do not have access to the ECMF system and the slowdown of mail during the holiday season, I will have to mail notice to the court well before the court ordered deadline of December 10th.

Have a great Thanksgiving

Teri Hinkle