Hinkle
440 Beaver Ridge Rd.
Murphy, NC 28906

RECEIVED
ASHEVILLE, N.C.

DEC 14 2018

Clerk, U.S. Dist. Court
W. Dist. of N.C.

Clerk U.S. District Court
United States Courthouse
100 Otis Street, Room 309
Asheville, NC 28801

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

```
╔══════════════════════════════════╗
║ ▰ UNITED STATES        Retail    ║
║   POSTAL SERVICE.                ║
║ ┌──┐  US POSTAGE PAID            ║
║ │P │                Origin: 28906║
║ │  │   $6.70        12/13/18     ║
║ └──┘                3653840966-26║
║ ──────────────────────────────── ║
║   PRIORITY MAIL 1-Day ®          ║
║                    0 Lb  3.50 Oz ║
║ EXPECTED DELIVERY DAY: 12/14/18  ║
║                         1024     ║
║                        ┌─────┐   ║
║                        │C015 │   ║
║                        └─────┘   ║
║ SHIP                             ║
║ TO:                              ║
║   100 OTIS ST                    ║
║   STE 309                        ║
║   ASHEVILLE NC 28801-2611        ║
║ ──────────────────────────────── ║
║    USPS TRACKING NUMBER          ║
║   ║█║▌║█║▌║█║▌║█║▌║█║▌║█║▌      ║
║   9505 5158 6876 8347 1424 77    ║
╚══════════════════════════════════╝
```



EP14F July 2013
OD: 12.5 x 9.5

FROM: Hinkle
440 Beaver Ridge Road
Murphy, NC 28906

TO: Clerk U.S. Dist. Court
United States Courthouse
100 Otis St., Room 309
Asheville, NC 28801

RECEIVED
ASHEVILLE, N.C.
DEC 14 2018
Clerk U.S. Dist. Court
of N.C.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

▰ UNITED STATES
POSTAL SERVICE.

This envelope is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.