UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE, | ) |
|            Plaintiff, | ) Case No.: 1:18-cv-00007-MR-DLH |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | ) |
|            Defendants. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND EQUIFAX INC.'S RESPONSE TO PLAINTIFF'S MOTION AND REQUEST FOR ASSISTANCE FROM THE COURT TO ENFORCE SETTLEMENT AGREEMENT AND DELAY DISMISSAL**

Defendants Equifax Information Services LLC and Equifax Inc. (collectively referred to herein as the "Equifax Entities"), by counsel, respond to Plaintiff's Motion and Request for Assistance from the Court to Enforce Settlement Agreement and Delay Dismissal and show as follows:

1. On December 7, 2018, the Court granted the Equifax Entities' Motion for Extension of Time, and stated that the Parties should have through December 17, 2018 to enter a Stipulation of Dismissal. December 7, 2018 Text Order.

2. Plaintiff admits in her motion that Equifax sent the settlement funds to her for delivery on December 10, 2018. Doc. 65, p. 3.

3. The settlement funds were accidentally directed to the wrong address. *Id*.

4. As soon as Plaintiff pointed out this error, it was immediately corrected, and on December 14, 2018, Equifax sent the settlement funds to Plaintiff's correct address in Murphy, NC.

5. On December 15, 2018, the settlement funds were delivered to and signed for by Plaintiff.

6. As Plaintiff has received the settlement funds, the Court should not delay dismissal of Plaintiff's claims in this case.

Respectfully submitted this 17th day of December, 2018.

        KING & SPALDING LLP

        */s/ Bradley J. Lingo*
        Bradley J. Lingo
        North Carolina Bar No. 44018
        *Attorney for Defendants Equifax Inc. and Equifax Information Services LLC*
        300 South Tryon Street
        Suite 1700
        Charlotte, North Carolina 28202
        Tel: (704) 503-2573
        Fax: (704) 503-2622
        blingo@kslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, North Carolina 28906
*Pro Se Plaintiff*

        KING & SPALDING LLP

        */s/ Bradley J. Lingo*
        Bradley J. Lingo
        North Carolina Bar No. 44018
        *Attorney for Defendant Equifax Inc. and Equifax Information Services LLC*
        300 South Tryon Street
        Suite 1700
        Charlotte, North Carolina 28202
        Tel: (704) 503-2573
        Fax: (704) 503-2622
        blingo@kslaw.com