UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
(Asheville)

| | |
|---|---|
| TERI LYNN HINKLE,  )<br>  )<br>       Plaintiff,  )<br>vs.  )<br>  )<br>  )<br>EXPERIAN INFORMATION  )<br>SOLUTIONS INC., et al.  )<br>  )<br>       Defendants.  ) | Case No.: 1:18-cv-00007-MR-DLH |

**STIPULATION OF DISMISSAL AGAINST DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND EQUIFAX INC.**

Plaintiff, Teri Lynn Hinkle and Defendants Equifax Information Services LLC and Equifax Inc. (collectively referred to herein as the "Equifax Entities"), by counsel, hereby agree and stipulate that the within action may be dismissed in its entirety with prejudice as against Equifax only, without costs or fees to any party.

Respectfully submitted this 18th day of December, 2018.

| | |
|---|---|
| KING & SPALDING LLP | PLAINTIFF TERI LYNN HINKLE |
| */s/ Bradley J. Lingo*<br>Bradley J. Lingo<br>North Carolina Bar No. 44018<br>300 South Tryon Street<br>1700<br>Charlotte, North Carolina 28202<br>Tel: (704) 503-2573<br>Fax: (704) 503-2622<br>blingo@kslaw.com<br>*Attorney for Defendants Equifax Inc. and Equifax Information Services LLC* | */s/ Teri Lynn Hinkle*<br>Teri Lynn Hinkle<br>19 Mossy Creek Trail<br>Murphy, North Carolina 28906<br>*Pro Se Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2018, a copy of the foregoing pleading was filed electronically with the clerk of court via the Court's ECF system which will send notifications to ECF participants, and Plaintiff was served via U.S. Mail, postage prepaid:

Teri Lynn Hinkle
19 Mossy Creek Trail
Murphy, North Carolina 28906
***Pro Se Plaintiff***

                                                  KING & SPALDING LLP

                                                  */s/ Bradley J. Lingo*
                                                  Bradley J. Lingo
                                                  North Carolina Bar No. 44018
                                                  *Attorney for Defendant Equifax Inc. and Equifax Information Services LLC*
                                                  300 South Tryon Street
                                                  Suite 1700
                                                  Charlotte, North Carolina 28202
                                                  Tel: (704) 503-2573
                                                  Fax: (704) 503-2622
                                                  blingo@kslaw.com